MARCOS D. SASSO (State Bar No. 228905)
sassom@ballardspahr.com
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 800
Los Angeles, CA  90067-2909
Telephone: 424.204.4400
Facsimile: 424.204.4350

Attorneys for Defendant
  CITIBANK, N.A.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM WALTERS,<br><br>            Plaintiff,<br><br>     v.<br><br>CITIBANK, N.A.,<br><br>            Defendant. | Case No. 2:18-CV-00630-KJM-EFB<br><br>**STIPULATION TO STAY ACTION AND ARBITRATE ALL CLAIMS** |

DMWEST #17756368 v1

**STIPULATION**

Plaintiff William Walters and defendant Citibank, N.A. hereby jointly move and stipulate to stay this action and submit all claims to binding arbitration, pursuant to the terms of the arbitration agreement contained in the credit card agreements attached hereto as Exhibit 1-A. The arbitration shall be before the American Arbitration Association, pursuant to the terms of the parties' arbitration agreement.

**IT IS SO STIPULATED.**

DATED:  May 16, 2018                                      Elliot Gale
                                                                              SAGARIA LAW, P.C.

                                                                              */s/ Elliot Gale*
                                                                              ───────────────────
                                                                                    Elliot Gale

                                                                              Attorneys for Plaintiff William Walters


DATED:  May 16, 2018                                      Marcos D. Sasso
                                                                              BALLARD SPAHR LLP

                                                                              */s/ Marcos D. Sasso*
                                                                              ───────────────────
                                                                                    Marcos D. Sasso

                                                                              Attorneys for Defendant Citibank, N.A.

## **ECF SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Elliot Gale, counsel for Plaintiff, and that I have obtained Mr. Gale's authorization to affix his electronic signature to this document.

DATED:  May 16, 2018　　　　　　　　　　Marcos D. Sasso
　　　　　　　　　　　　　　　　　　　　BALLARD SPAHR LLP

　　　　　　　　　　　　　　　　　　　　*/s/ Marcos D. Sasso*
　　　　　　　　　　　　　　　　　　　　　　　Marcos D. Sasso

　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant Citibank, N.A.

# CERTIFICATE OF SERVICE

I hereby certify that, on **May 16, 2018**, a copy of **STIPULATION TO STAY ACTION AND ARBITRATE ALL CLAIMS** was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by facsimile to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

*/s/ Marcos D. Sasso*
Marcos D. Sasso