Elliot Gale (Bar #263326)
egale@gajplaw.com
Joe Angelo (Bar #268542)
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778
916-721-2767 fax

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM WALTERS,<br><br>  Plaintiff,<br><br>  v.<br><br>CITIBANK, N.A..,<br><br>  Defendant. | Case No.: 2:18-cv-00630-KJM-JDP<br><br>**JOINT STATUS REPORT RE MEDIATION** |

The parties hereby file this Joint status report in response to the Court's April 7, 2021 Minute Order directing the parties to file a Joint Status Report updating the court as to the status of arbitration.

Plaintiff and Defendant tentatively settled the matter through arbitration. Before the agreement could be finalized, Plaintiff filed Chapter 7 bankruptcy. As a result, the settlement cannot be finalized without Chapter 7 trustee approval.

Plaintiff's counsel has met and conferred with Kenneth Eiler, Plaintiff's Chapter 7 Trustee regarding the above. Mr. Eiler has confirmed that Plaintiff has sufficient exemption on his Schedule C so that the estate has no interest in the asset. The parties are therefore in the process of finalizing the settlement. Once finalized Plaintiff will file a stipulation to dismiss this action.

| | | |
|---|---|---|
| DATED: April 14, 2021 | | **Stroock & Stroock & Lavan LLP** |
| | By: | */s/   Marcos Sasso*___<br>Marcos Sasso<br>Attorney for Citibank N.A. |
| DATED: April 14, 2021 | | **Gale, Angelo, Johnson, & Pruett, P.C.** |
| | By: | */s/ Elliot Gale*_____<br>Elliot Gale<br>Attorney of Record |