Elliot Gale (State Bar No. 263326)
PA Sagaria Law P.C.
Attorneys for Plaintiff
William Walters

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION**

| | |
|---|---|
| WILLIAM WALTERS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CITIBANK, N.A.,<br><br>　　　　　Defendant. | Case No.: 2:18-cv-00630-KJM-JDP<br><br>**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE OF DEFENDANT CITIBANK, N.A.** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**IT IS HEREBY STIPULATED** by and between plaintiff William Walters and defendant Citibank, N.A. ("Citi"), that Citi be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), and that each party shall bear its own attorneys' fees and costs.

DATED:  September 28, 2021          **P.A. SAGARIA LAW**

By:  */s/ Elliot W. Gale*
Elliot W. Gale
Attorneys for Plaintiff
William Walters

DATED:  September 28, 2021          **ELLIS LAW GROUP**

By:  */s/ Marcos Sasso*
Marcos D. Sasso
Attorney for Defendant
Citibank, N.A.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Marcos Sasso has concurred in this filing.

*/s/ Elliot Gale*